UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

OREL BOBB,

                         Plaintiff,

            v.                                9:04-CV-338 (NAM/DEP)

MS. NELSON, Correctional Officer, and
MEDICAL DEPARTMENT, P.A./Record
Ulster Correctional Facility,

                        Defendants.
_____

APPEARANCES:                                OF COUNSEL:

FOR THE PLAINTIFF:

OREL BOBB,
*Pro Se Plaintiff*
Passaic County Jail
11 Sheriff Plaza
Paterson, New Jersey 07501


NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 25th day of March, 2005.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      Such Report-Recommendation, which was mailed to plaintiff's last known residence, was returned to the Court as undeliverable to plaintiff at such address.  *See* docket no. 12.

      Additionally, plaintiff was previously advised by the Court that plaintiff was required to

promptly notify the Clerk's Office of any change in his address, and that failure to keep such office apprised of his current address would result in the dismissal of the instant action.  *See* docket no. 9.  Subsequently, the order directing compliance was returned as undeliverable.  *See* docket no. 10.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1.  The Report-Recommendation is hereby approved.

2.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: April 15, 2005
       Syracuse, New York

Norman A. Mordue
U.S. District Judge